Rel: July 12, 2024

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
SPECIAL TERM, 2024

SC-2024-0171

Glenda Powell v. Thaniel Burden and Stoney Burden (Appeal from Lawrence Circuit Court: CV-19-900146).

SELLERS, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(A), Ala. R. App. P.

Parker, C.J., and Wise, Stewart, and Cook, JJ., concur.